UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETER LEWIS,

              Movant,

      -against-                      20-cv-2337 (LAK)
                                            (16-cr-212 (LAK))

UNITED STATES OF AMERICA,

              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEWIS A. KAPLAN, *District Judge.*

      The government shall respond to movant's motion [DI 1] no later than April 16, 2020. Defendant shall file his reply, if any, within 30 days of the date that the government files its response.

      SO ORDERED.

Dated:      March 17, 2020

                                                      /s/ Lewis A. Kaplan
                                            _____
                                                      Lewis A. Kaplan
                                              United States District Judge